1  **CAREY D. GORDEN**
California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Juan Carlos Orduno-Urena

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE PETER C. LEWIS)**

11  UNITED STATES OF AMERICA,            )    Case No. 08MJ8146-01
                                         )
12              Plaintiff,                )
                                         )
13  v.                                   )    **CERTIFICATE OF SERVICE**
                                         )
14  JUAN CARLOS ORDUNO-URENA,            )
                                         )
15              Defendant.                )
    _____)

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                            U.S. Attorney CR
                           Efile.dkt.gc2@usdoj.gov

21                                      Respectfully submitted,

23  DATED:     February 21, 2008              /s/ Carey D. Gorden
                                              **CAREY D. GORDEN**
24                                            Federal Defenders of San Diego, Inc.
                                              Attorneys for Juan Carlos Orduno-Urena