FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CARLOS ORDUNO-URENA (1),<br>JORGE LUIS LEAL-RODRIGUEZ (2),<br><br>　　　　　　Defendants. | Criminal Case No. 08CR787-W<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine;<br>Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about February 18, 2008, within the Southern District of California, defendants JUAN CARLOS ORDUNO-URENA and JORGE LUIS LEAL-RODRIGUEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.46 kilograms (51.6 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: March 18, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John F. Weis

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:jam:Imperial
3/17/08