AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JUAN CARLOS ORDUNO-URENA | CASE NUMBER: 08CR787-W |

I, JUAN CARLOS ORDUNO-URENA, the above named defendant, who is accused of committing the following offense:

> Importation of Cocaine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/18/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Carlos O.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY